**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

NICOLETTE RAHNER,

               Plaintiffs,

v.

SCHEDULE A DEFENDANTS,

               Defendants.

Civil Action No.

26-cv-00057

(Judge Cercone)

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|-----|-----------|
| 9 | Facebro |
| 36 | Hc RHNY |
| 43 | Tuphregyow |
| 44 | Turilly |
| 45 | LYXSSBYX |
| 46 | SYW E-Commerce |
| 47 | TAGOLD |
| 48 | fartey |
| 53 | TANGNADE Up to 50 percent off |
| 54 | QingMaoYanDian |
| 55 | yuanzhen cao |
| 62 | Herrnalise |
| 63 | AOOCHASLIY |
| 66 | babysbule |
| 67 | YANHAIGONG |
| 70 | Sokhug |
| 72 | Idoravan |

| 73 | li xie |
| 74 | LSYMJHSA |
| 76 | Charella Women Clothes |
| 78 | Vivianyo HD |
| 85 | ORDOSE |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 14, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -