**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NICOLETTE RAHNER, | Civil Action No. |
| Plaintiff, | 26-cv-00057 |
| v. | (Judge Cercone) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 1 | XIANCHUANBAIbai |
| 6 | EKIYVO |
| 11 | ZIZIYAMI |
| 14 | Cerzetdf |
| 19 | UDAUDU 2025 Spring Fashion Tops Shirt 6-12 days |
| 24 | ddinxxss |
| 26 | wanleiwan |
| 28 | KDJJBNXY |
| 34 | PETYCZEN Spring Sale 2025 |
| 35 | Ruziyoog Lightning Deals of Today |
| 38 | Voicry |
| 39 | YDKZYMD |
| 40 | DNDKILG |
| 41 | SJ Rpvati |
| 42 | OVTICZA |
| 49 | EHTMSAK |
| 56 | pwidon |

| 61 | mohiass |
|----|---------|
| 68 | QCMGMG |
| 76 | Charella Women Clothes |
| 78 | Vivianyo HD |
| 85 | ORDOSE |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 15, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -